Richard C. Gordon
Nevada Bar No. 9036
Michael Paretti
Nevada Bar No. 13926
SNELL & WILMER L.L.P.
3883 Howard Hughes Parkway, Suite 1100
Las Vegas, NV 89169
Telephone: (702) 784-5200
Facsimile: (702) 784-5252
Email: rgordon@swlaw.com
mparetti@swlaw.com

Attorneys for Defendant
Rent-A-Center West, Inc.

# UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

| | |
|---|---|
| SHIRLEY CELCIS,<br><br>           Plaintiff,<br><br>vs.<br><br>AARON'S, INC; RENT-A-CENTER WEST, INC,<br><br>           Defendants. | CASE NO.:  2:21-cv-00265-JCM-BNW<br><br>**STIPULATION AND ORDER FOR EXTENSION TO RESPOND TO COMPLAINT**<br><br>**(FIRST REQUEST)** |

Plaintiff Shirley Celcis ("Celcis") and Defendant Rent-A-Center West, Inc. ("Rent-A-Center") (collectively, the "Parties"), by and through their undersigned counsel, for good cause shown, hereby stipulate and agree to extend Rent-A-Center's deadline to respond to Celcis' Complaint [ECF No. 1] to April 7, 2021, for the following reasons:

1. On February 23, 2021, Celcis served the Complaint and Summons on Rent-A-Center.

2. Rent-A-Center's Response is currently due March 17, 2021.

3. Counsel for Rent-A-Center was only recently retained, and requires additional time to locate, organize, and review the relevant documents and prepare the appropriate response. In addition, the Parties are discussing potential settlement.

4. The Parties agreed to the extension requested herein.

5. This extension request is sought in good faith and is not made for the purpose of delay.

Therefore, the Parties respectfully request a 21-day extension for Rent-A-Center to respond to Celcis' Complaint up to and including April 7, 2021.

DATED: March 17, 2021

KRIEGER LAW GROUP, LLC

By: */s/ Shawn Miller*
David Krieger
Nevada Bar No. 9086
Shawn Miller
Nevada Bar No. 7825
2850 W. Horizon Ridge Parkway,
Suite 200
Henderson, Nevada 89052

*Attorneys for Plaintiff Shirley Celcis*

DATED: March 17, 2021

SNELL & WILMER L.L.P.

By: */s/ Richard C. Gordon*
Richard C. Gordon
Nevada Bar No. 9036
Michael Paretti
Nevada Bar No. 13926
3883 Howard Hughes Parkway
Suite 1100
Las Vegas, Nevada 89169

*Attorneys for Defendant Rent-A-Center West, Inc.*

**ORDER**

**IT IS ORDERED** that Rent-A-Center West, Inc. shall respond to Plaintiff's Complaint on or before April 7, 2021.

_____
UNITED STATES MAGISTRATE JUDGE

DATED: March 19, 2021