David H. Krieger, Esq.
Nevada Bar No. 9086
Shawn W. Miller, Esq.
Nevada Bar No. 7825
KRIEGER LAW GROUP, LLC
2850 W. Horizon Ridge Pkwy, Suite 200
Henderson, Nevada 89052
Phone: (702) 848-3855
dkrieger@kriegerlawgroup.com
smiller@kriegerlawgroup.com
Attorneys for Plaintiff,
*Shirley Celcis*

**UNITED STATES DISTRICT COURT**
**DISTRICT OF NEVADA**

| | |
|---|---|
| SHIRLEY CELCIS,<br><br>Plaintiff(s),<br><br>vs.<br><br>AARON'S INC.; RENT-A-CENTER WEST, INC.,<br><br>Defendant(s). | Case No.: 2:21-cv-00265-JCM-BNW<br><br>**NOTICE OF SETTLEMENT BETWEEN PLAINTIFF AND RENT-A-CENTER WEST, INC.** |

**NOTICE IS HERBY GIVEN** that the claims and disputes between Shirley Celcis ("Plaintiff") and Defendant Rent-A-Center West, Inc. ("RAC") have been settled. Plaintiff and RAC anticipate filing a Stipulation for Dismissal of Plaintiff's claims against RAC, with prejudice, within 60 days. This will allow time for the settlement to be finalized. Plaintiff requests that all pending dates and filing requirements as to RAC be

vacated and that the Court set a deadline sixty (60) from present for filing a Dismissal as to RAC.

Dated: May 4, 2021

/s/ Shawn W. Miller
David H. Krieger, Esq.
Shawn W. Miller, Esq.
KRIEGER LAW GROUP, LLC
2850 W. Horizon Ridge Pkwy.
Suite 200
Henderson, Nevada 89052
*Counsel for Plaintiff*
*Shirley Celcis*

## ORDER

Based on the parties' notice of settlement, IT IS ORDERED that by July 5, 2021, the parties must file either dismissal documents or a joint status report concerning the status of settlement. IT IS FURTHER ORDERED that all pending dates and filing requirements as to RAC are vacated.

**IT IS SO ORDERED**

**DATED:** 6:40 pm, May 07, 2021

**BRENDA WEKSLER**
**UNITED STATES MAGISTRATE JUDGE**